**Pegasus Restaurant Group, LLC**

**Resolution to File Chapter 11 Reorganization**

**WHEREAS,** the LLC is insolvent and unable to pay its debts when due, and

**WHEREAS,** the LLC and its creditors would be best serviced by reorganization of the LLC under Chapter 11 of the Bankruptcy Code, be it

**RESOLVED**, that the LLC file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.

The undersigned hereby certifies that he is the elected Manager and the custodian of the books and records. That the Limited Lability Company is duly formed pursuant to the laws of the Commonwealth of Virginia and the foregoing is a true record of a resolution duly adopted at the meeting of the members held in accordance with state laws and the Operating Agreement of the entity, held on June 11, 2024, and that said Resolution is now in full force and effect without modification or recission.

IN WITNESS WHEREOF, I have executed my name as the Manager on this 11th day of June, 2024.


Neil Alan Metzger, Manager