**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **PEGASUS RESTAURANT GROUP, LLC.** | : | CASE NO 24-11072-KHK |
| | : | Chapter 11 |
| Debtor | : | |
| | : | |

# ORDER CONFIRMING SUBCHAPTER V PLAN

THIS MATTER came on a hearing for the confirmation of the Debtor's Plan of September 5, 2024, Docket Item No.62, (hereafter the Plan) and upon a finding that there has been proper service of the Plan, ballots, and related Notices and documents on all creditors (Docket Item No. 67), and it appearing that no class has voted to reject the Plan and that the two impaired classes in which ballots were cast have voted to accept the Plan by at least two-thirds in amount and one-half in number, including Class 5 comprising the unsecured claims, all as set forth in the Summary of Ballots filed on May 17, 2023 (Docket Item No. 75), and based on the testimony of the Debtor's principal and upon inquiry by the Court, and for the reasons stated on the record, that the Court finds that the Plan has satisfied all of the applicable conditions for confirmation under 11 U.S.C. 1129(b) and 11 U.S.C. 1191,

---

Richard G. Hall
Counsel for the Debtor
601 King Street, Suite 301
Alexandria, Virginia 22314
(703) 256-7159
richard.hall33@verizon.net
VA Bar No.18076

and it appearing that the treatment under the Plan is fair and equitable to all classes, it is hereby

ORDERED that the debtor's Plan of September 5, 2024 is confirmed and; and it is further

ORDERED that as soon as practicable after the Debtor makes the second distribution under Article IV of the Plan, the Debtor shall file a Notice of Substantial Consummation of the Plan pursuant to 11 U.S.C. 1183(c)(2), and within 14 days thereafter shall file a Final Account and Final Report and move for discharge and termination of services of the Sub-Chapter V Trustee and the closure of the case, and it is further

ORDERED that pursuant to 11 U.S.C. 1192, and upon the completion of all payments through the Plan as described in Articles III and IV, the debtor shall be permitted to file a motion to re-open this case and receive a discharge of any debt or claim which arose before confirmation of this Plan and any debt or claim of a kind specified in section 502(g), 502(h), or 502(i) of this title, whether or not (i) a proof of the claim based on such debt is filed or deemed filed under section 501 of this title; (ii) such claim is allowed under section 502 of this title; or (iii) the holder of such claim has accepted the plan .

SIGNED this          day of          2024    Oct 29 2024

/s/ Klinette H Kindred
Hon. Klinette H. Kindred
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Oct 30 2024

I ask for this:

/s/ Richard G. Hall
Richard G. Hall
Counsel for the Debtor
601 King Street, Suite 301
Alexandria, Virginia, 22314
(703) 256-7159
VA Bar No. 18076
richard.hall33@verizon.net

Seen:

Lawrence Allen Katz
Lawrence Allen Katz
Subchapter V Trustee
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
703-584-8362

Jack I. Frankel
Jack I. Frankel
Counsel for the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7229
Jack.I.Frankel@usdoj.gov
VAB No. 15019


Copies to:

(as above)

and

Pegasus Restaurant Group, LLC
525 East Market Street
Leesburg, VA 20176


Certification Pursuant to Local Rule 9022(C)(1)

I hereby certify that this order has been endorsed by all necessary parties.

/s/ Richard G. Hall